UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| FCCI INSURANCE COMPANY ) | |
| and ) | |
| NATIONAL TRUST INSURANCE COMPANY ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2:19-cv-00087 |
| KOSTER AMERICAN CORPORATION ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, FCCI Insurance Company ("FCCI") and National Trust Insurance Company ("National Trust"), by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-referenced action with prejudice, the Parties having settled all matters at issue with the defendant, Koster American Corporation ("Defendant"). The Defendant has not yet filed an Answer or Motion for Summary Judgment to the Complaint for Declaratory Judgment in this action.

Done this 12TH day of March, 2019.

Respectfully submitted,

FCCI INSURANCE COMPANY and
NATIONAL TRUST INSURANCE COMPANY

By: /s/ Robert Tayloe Ross, Esq.

Robert Tayloe Ross, Esq. (VSB No. 29614)
Diane U. Montgomery, Esq. (VSB No. 31850)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, VA 23236
(804) 560-9600 (phone)
(804) 560-5997 (fax)
E-mail: rross@midkifflaw.com
dmontgomery@midkifflaw.com
*Counsel for FCCI Insurance Company*
*And National Trust Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019, a true and accurate copy of the foregoing Notice was filed electronically using the Court's CM/ECF system, causing a true and accurate copy to be served on all counsel of record. Additionally, as Defendant Koster American Corporation has not filed responsive pleadings, and counsel for Defendant has not yet made appearance, a true an accurate copy of the foregoing Notice was sent by electronic mail to the following counsel known to Plaintiffs to represent the interests of the Defendant:

Barry Dorans, Esquire
Wolcott Rivers Gates
200 Bendix Road
Suite 300
Virginia Beach, Virginia 23452
E-mail: dorans@wolriv.com

Kevin M. Kennedy, Esquire
Kalbaugh Pfund & Messersmith, P.C.
555 East Main Street
Norfolk, Virginia 23510
E-mail: kevin.kennedy@kpmlaw.com

By: /s/ Robert Tayloe Ross, Esq.

Robert Tayloe Ross, Esq. (VSB No. 29614)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, VA 23236
(804) 560-9600 (phone)
(804) 560-5997 (fax)
E-mail: rross@midkifflaw.com
*Counsel for FCCI Insurance Company*
*And National Trust Insurance Company*